# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE RIGHETTI,<br><br>      Plaintiff<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>      Defendant | Case No.: 2:23-cv-02064-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Michelle Righetti's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of plaintiff Michelle Righetti as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by December 29, 2023.

DATED this 18th day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE