**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHELLE RIGHETTI, on behalf of
herself and all others similarly situated,

               Plaintiff(s),

vs.

MGM RESORTS INTERNATIONAL,

               Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:23-cv-02064-APG-DJA

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Niall P. McCarthy_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Cotchett, Pitre & McCarthy, LLP
(firm name)

with offices at _____840 Malcolm Road_____,
(street address)

_____Burlingame_____, _____California_____, ___94010___,
(city)                 (state)            (zip code)

___(650) 697-6000___, ___nmccarthy@cpmlegal.com___.
(area code + telephone number)      (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Michelle Righetti_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1       3.    That since _____December 1, 1992_____, Petitioner has been and presently is a
                                        (date)

2   member in good standing of the bar of the highest Court of the State of _____California_____
                                                 (state)

3   where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4   from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5   possession of the United States in which the applicant has been admitted to practice law certifying

6   the applicant's membership therein is in good standing.

7       4.    That Petitioner was admitted to practice before the following United States District

8   Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9   of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Northern District of California | 12/08/1992 | CA SBN 160175 |
| USDC, Eastern District of California | 12/30/1992 | CA SBN 160175 |
| US Court of Appeal, 9th Circuit | 04/29/1993 | CA SBN 160175 |
| USDC, Southern District of California | 05/05/1993 | CA SBN 160175 |
| USDC, Central District of California | 06/28/1993 | CA SBN 160175 |
| United States Supreme Court | 10/15/2001 | CA SBN 160175 |
| US Court of Appeals, 7th Circuit | 09/15/2006 | CA SBN 160175 |

19      5.    That there are or have been no disciplinary proceedings instituted against petitioner,

20  nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21  or administrative body, or any resignation or termination in order to avoid disciplinary or

22  disbarment proceedings, except as described in detail below:

2

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

7.      That Petitioner is a member of good standing in the following Bar Associations.

California State Bar

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    STATE OF _California_                    )                                    Petitioner's signature

5    COUNTY OF _San Mateo_                    )
                                              )
6

7    _Niall McCarthy_, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9

10   Subscribed and sworn to before me this                                       Petitioner's signature

11

12   ___7___ day of _February_, _2024_.

13                                                                                 KAREN YEE-FAJARDO
                                                                                   Notary Public - California
                                                                                   San Mateo County
     _____                                           Commission # 2376207
                                                                                   My Comm. Expires Sep 24, 2025
14        Notary Public or Clerk of Court

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
          **THE BAR OF THIS COURT AND CONSENT THERETO.**

17
          Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____Charles A. Jones_____,

19                                                                             (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   _____18124 Wedge Parkway, #511_____;
                                        (street address)

24   _____Reno_____, _____Nevada_____, _89511_,

25        (city)                          (state)            (zip code)

26   _(775) 853-6440_,        _caj@joneslawfirm.com_.
     (area code + telephone number)         (Email address)

27

28                                          4                                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Charles A. Jones_____ as
                                           (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:
*Michelle Righetti*
(party's signature) —2D58FBA0F1CE44A...

Michelle Righetti, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6698        CajQCjoneslawFirm.Co
Bar number              Email address

APPROVED:

Dated: this _20th_ day of __February__, 20_24_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16