Charles A. Jones, Esq., SBN 6698
Caj@cjoneslawfirm.com
**JONES LAW FIRM LLC**
18124 Wedge Parkway, #511
Reno, Nevada 89511
Telephone: (775) 853-6440
Facsimile: (775) 853-6445

EDWARD J. WYNNE
ewynne@wynnelawfirm.com
**WYNNE LAW FIRM**
80 E. Sir Francis Drake Blvd., Suite 3G
Wood Island Larkspur, CA 94939
Telephone: (415) 461-6400
Facsimile: (415) 461-3900

*Attorneys for Plaintiff and the Proposed Class*
[Additional counsel on signature page]

Todd L. Bice, Bar No. 4534
**PISANELLI BICE PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Pro hac vice application forthcoming

*Attorneys for Defendant*
*MGM Resorts International*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE RIGHETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-02064-APG-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (FIRST REQUEST)** |

1    Pursuant to LR IA 6-1, Plaintiff Michelle Righetti and Defendant MGM Resorts

2  International ("MGM") (collectively, the "Parties") respectfully stipulate that MGM's time

3  to respond to the Complaint be extended from the current deadline of March 1, 2024, to and

4  including March 11, 2024. This is the first stipulation for an extension of time to file MGM's

5  responsive pleading.

6    Good cause exists to enlarge the time for MGM to respond to the Complaint. There

7  are currently thirteen other related actions filed against MGM pending in this District (the

8  "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Kirwan v. MGM*

9  *Resorts Int'l*, No. 2:23-cv-01481; *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-

10  01537; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Pircio v. MGM Resorts Int'l*, No.

11  2:23-cv-01550; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577; *Rundell v. MGM Resorts*

12  *Int'l*, No. 2:23-cv-01698; *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719; *Albrigo v. MGM*

13  *Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Manson v.*

14  *MGM Resorts Int'l*, No. 2:23-cv-01826; *Mejia v. MGM Resorts Int'l, et al.*, No. 2:24-cv-

15  00081; *Sloan v. Vici Properties, Inc.,* No. 2:23-cv-02042.

16    On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated

17  putative class actions brought against MGM by individuals who allege their PII was

18  compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019

19  Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1,

20  notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM*

21  *Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF 186, 188.  Plaintiffs

22  in this action will oppose this effort because the 2019 Actions involved a different threat

23  actor and different data. No order has issued on the notices filed by the plaintiffs in the 2019

24  Actions, and MGM has not responded to any other Complaint in the Related Actions.

25    While the foregoing matters are pending resolution, and to best ensure efficient

26  management of this and the other Related Actions, there is good cause to permit additional

27  time for the various parties to the Related Actions to meet and confer prior to the response

28  to the Complaint in this action being due.

1    The Parties' request is made in good faith to enable the parties to finalize these meet-

2  and-confers and to conserve judicial and party resources. Moreover, this case is in its

3  infancy, and this request will not prejudice any party.

4    **WHEREAS** the Parties respectfully request that MGM shall have until March 11,

5  2024, to answer, move, or otherwise respond to the Complaint.

6   Dated:  February 27, 2024                 Respectfully submitted,

7

8                                             /s/ Charles A. Jones
                                              Charles A. Jones, Esq., SBN 6698
                                              Caj@cjoneslawfirm.com
9                                             **JONES LAW FIRM LLC**
                                              18124 Wedge Parkway, #511
10                                            Reno, Nevada 89511
                                              Telephone: (775) 853-6440
11                                            Facsimile: (775) 853-6445

12                                            EDWARD J. WYNNE
                                              ewynne@wynnelawfirm.com
13                                            **WYNNE LAW FIRM**
                                              80 E. Sir Francis Drake Blvd., Suite 3G
14                                            Wood Island Larkspur, CA 94939
                                              Telephone: (415) 461-6400
15                                            Facsimile: (415) 461-3900

16                                            NIALL P. McCARTHY
                                              **COTCHETT, PITRE & McCARTHY**
17                                            840 Malcolm Road
                                              Burlingame, CA 94010
18                                            Telephone: (650) 697-6000

19                                            *Attorneys for Plaintiff*

20                                            /s/ Todd L. Bice

21                                            Todd L. Bice
                                              **PISANELLI BICE, PLLC**
22                                            400 S. 7th Street Suite 300
                                              Las Vegas, NV 89101
23                                            Telephone: 702.214.2100
                                              tlb@pisanellibice.com
24
                                              Angela C. Agrusa
25                                            **DLA PIPER LLP (US)**
                                              2000 Avenue of the Stars
26                                            Suite 400 North Tower
                                              Los Angeles, CA 90067-4735
27                                            Telephone: 310.595.3000
                                              Angela.agrusa@us.dlapiper.com
28

*Attorneys for Defendant*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE RIGHETTI, individually and on behalf of all others similarly situated,<br>                      Plaintiff,<br><br>   v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>                   Defendant. | Case No. 2:23-cv-02064-APG-DJA<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT** |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including March 11, 2024.

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/28/2024