1  Charles A. Jones, Esq., SBN 6698
   Caj@cjoneslawfirm.com
2  **JONES LAW FIRM LLC**
   18124 Wedge Parkway, #511
3  Reno, Nevada 89511
   Telephone: (775) 853-6440
4  Facsimile: (775) 853-6445

5  EDWARD J. WYNNE
   ewynne@wynnelawfirm.com
6  **WYNNE LAW FIRM**
   80 E. Sir Francis Drake Blvd., Suite 3G
7  Wood Island Larkspur, CA 94939
   Telephone: (415) 461-6400
8  Facsimile: (415) 461-3900

9  *Attorneys for Plaintiff and the Proposed Class*
   [Additional counsel on signature page]
10

11 Todd L. Bice, Bar No. 4534
   **PISANELLI BICE PLLC**
12 400 S. 7th Street Suite 300
   Las Vegas, NV 89101
13 Telephone: 702.214.2100
   tlb@pisanellibice.com

14 Angela C. Agrusa*
   **DLA PIPER LLP (US)**
15 2000 Avenue of the Stars
   Suite 400 North Tower
16 Los Angeles, CA 90067-4735
   Telephone: 310.595.3000
17 angela.agrusa@us.dlapiper.com

18 **Pro hac vice application forthcoming*

19 *Attorneys for Defendant
   MGM Resorts International*

20

21                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
22

23 MICHELLE RIGHETTI, individually and on  | Case No. 2:23-cv-02064-APG-DJA
   behalf of all others similarly situated,
24                         Plaintiff,       | **STIPULATION TO EXTEND TIME
                                            | TO FILE DEFENDANT'S
25         v.                               | RESPONSE TO COMPLAINT
                                            | (SECOND REQUEST)**
26 MGM RESORTS INTERNATIONAL,

27                         Defendant.

28

Pursuant to LR IA 6-1, Plaintiff Michelle Righetti and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate that MGM's time to respond to the Complaint be extended from the current deadline of March 11, 2024, to and including April 10, 2024. This is the second stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on February 28, 2024. ECF No. 17.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently thirteen other related actions filed against MGM pending in this District (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Terezo v. MGM Resorts Int'l*, No. 2:23-cv-01577; *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826; *Mejia v. MGM Resorts Int'l, et al.*, No. 2:24-cv-00081; *Sloan v. Vici Properties, Inc.,* No. 2:23-cv-02042.

On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated putative class actions brought against MGM by individuals who allege their PII was compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019 Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1, notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF Nos. 186, 188. Plaintiffs in this action will oppose this effort because the 2019 Actions involved a different threat actor and different data. No order has issued on the notices filed by the plaintiffs in the 2019 Actions, and MGM has not responded to any other Complaint in the Related Actions.

The parties in the Related Actions are discussing this development in addition to the consolidation of the Related Actions. The parties in the Related Actions have also engaged

in discussions regarding preliminary information exchange that Defendant believes may avoid the need for certain motion practice, which would conserve judicial resources. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions.

The Parties' request is made in good faith to enable the parties to finalize these meet-and-confers and to conserve judicial and party resources. Moreover, this case is in its infancy, and this request will not prejudice any party.

**WHEREAS** the Parties respectfully request that MGM shall have until April 10, 2024, to answer, move, or otherwise respond to the Complaint.

Dated: March 7, 2024

Respectfully submitted,

By: */s/* Charles A. Jones
Charles A. Jones, Esq., SBN 6698
**JONES LAW FIRM LLC**
18124 Wedge Parkway, #511
Reno, Nevada 89511
Caj@cjoneslawfirm.com

EDWARD J. WYNNE
**WYNNE LAW FIRM**
80 E. Sir Francis Drake Blvd., Suite 3G
Wood Island Larkspur, CA 94939
ewynne@wynnelawfirm.com

NIALL P. McCARTHY
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road
Burlingame, CA 94010

*Attorneys for Plaintiff*

By: */s/* Todd L. Bice
Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE RIGHETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-02064-APG-DJA<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT** |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including April 10, 2024.

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 8, 2024